UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.: 13-00747
)
ORLANDO AND RITA PHILLIPS   )   Chapter: 13
)
)   Honorable Pamela S. Hollis
)
)   Joliet
Debtor(s)   )

**ORDER ON DEBTOR'S MOTION FOR EXEMPTION FROM CERTIFICATION FOR DOMESTIC SUPPORT OBLIGATION**

THIS MATTER coming to be heard on the motion of Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is ORDERED:

1. Rita Phillips is granted an exemption to the requirement to file an file a Debtor's Declaration Regarding Domestic Support Obligations in order to receive a discharge.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 04, 2017

**Prepared by:**

Jason Cotey
IARDC#6311525
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100